■ NORTH SHORE COMPANY, Appellant, v JOSEPHINE POLVINO et al., Respondents. (Appeal No. 2.) [621 NYS2d 966] —Appeal from order insofar as it denied reargument unanimously dismissed (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984) and order affirmed with costs (see, Matter of Hurley v Avon Cent. School Dist. 187 AD2d 983). (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Reargument and Renewal.) Present—Denman, P. J., Green, Balio, Wesley and Callahan, JJ.